STATE OF NEW JERSEY v. FRANK ESOLA.

November 27, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. LUIS SOTO.

November 27, 1973.  Petition for certification denied.

MICHAEL J. SCANLON v. GENERAL MOTORS CORP.

November 27, 1973.  Petition for certification granted.

STATE OF NEW JERSEY v. THOMAS B. McINTOSH.

November 27, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW PERRY.

November 27, 1973.  Petition for certification granted.

RAY SCOTT v. CARMEN ROSSELL.

November 27, 1973.  Petition for certification denied.